**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Jana Harris** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: C. Grimes** |
| **TREMAYNE ANTHONY SNOW** | |
| **counsel: Chris Tarver** | |
| **counsel:** | **Date: February 20, 2007** |
| | **CASE NO: 4:04CR00032-01-WRW** |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 10:50 a.m.**                                                                                         **End: 11:20 a.m.**

**Court calls case and reviews to present; deft admits violations of petition; Court finds violation occurred; sentence imposed: 11 MONTHS BOP; Residential/Nonresidential substance abuse treatment and mental health counseling during incarceration; No supervised release to follow; remaining conditions of supervised release in full force and effect; Amended J&C to follow.**

**Court in recess.**

CourthearingMinutes.wpd