IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                      4:04CR00032-01-WRW

TREMAYNE ANTHONY SNOW

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

It is further ordered that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a term of eleven (11) months. The defendant is to participate in residential or nonresidential substance abuse treatment and mental health treatment during incarceration. The defendant shall register with the state sexual offender registration agency(s) in any state where he reside, visits, is employed, carries on a vocation, or is a student, as directed by the probation office. The remaining conditions of the Judgment and Commitment previously entered will remain in full force and effect. No supervised release will follow incarceration.

IT IS SO ORDERED this 21st day of February, 2007.


                                        /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE

supvrl2.wpd